# JOE GRIFFITH LAW FIRM, LLC

Joseph P. Griffith, Jr., Esquire
946 Johnnie Dodds Boulevard
Mt. Pleasant, South Carolina 29464
843.225.5563 (tel)
843.722.6686 (fax)
joe@joegriffith.com
joegriffithjr@hotmail.com

November 3, 2021

The Honorable Margaret B. Seymour
Senior United States District Judge
83 Broad Street
Charleston, S.C. 29401

Re:    *U.S. v. Karl Henry Zerbst, Jr.*
Criminal Case No. 2:21-CR-600-MBS
Request for the Court to Direct the Clerk to Open an Account
for Defendant and accept restitution and assessment deposits

Dear Judge Seymour:

Thank you for accepting the plea agreement earlier today.

As you may recall, pursuant to his plea agreement, Mr. Zerbst agreed to pay full amount of restitution owed in this case, and he submitted a certified check to the Clerk today in the amount of $246,689.99, as well as a $100 check for the assessment. However, the Clerk has informed me that I need to request you to issue an order directing the Clerk to open an account for defendant Zerbst in order for him to make the said restitution and assessment payments, and I herein make that request.

Thank you for your consideration of this request.

We look forward to getting this matter concluded.

Sincerely,

*Joseph P. Griffith, Jr.*

cc:
allessandra.stewart@usdoj.gov
AStewart@usa.doj.gov
Candace_Broughton@scp.uscourts.gov