Exhibit C

PLACEHOLDER

(EXHIBIT FILED UNDER SEAL)