Exhibit D





























