# OFFICER EVALUATION REPORT

For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

- **a. NAME (Last, First, Middle Initial):** ZERBST, KARL H. JR.
- **b. SSN:** [redacted]
- **c. RANK:** MAJ
- **d. DATE OF RANK:** [redacted]
- **e. BRANCH:** TC
- **f. DESIGNATED SPECIALTIES / PMOS (WO):** 88C
- **g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND:** HQ, 81st Regional Support Group, Fort Jackson, SC 29207-6070 (W8B002) TPU (81st RSC)
- **h. REASON FOR SUBMISSION:** 05 Annual
- **i. PERIOD COVERED:** FROM 2001 12 10 THRU 2002 12 09
- **j. RATED MONTHS:** 12
- **m. RATED OFFICER COPY:** X 1. Given to Officer
- **p. PSB CODE:** 2H

## PART II - AUTHENTICATION

- **a. NAME OF RATER:** MI[redacted] — **RANK:** COL — **POSITION:** G3 — **DATE:** 9 Dec 02
- **b. NAME OF INTERMEDIATE RATER:** [blank]
- **c. NAME OF SENIOR RATER:** W[redacted] — **RANK:** COL — **POSITION:** Deputy Commander — **DATE:** 9 Dec 02
- **SENIOR RATER'S ORGANIZATION:** HQ, 81st Regional Support Group, Fort Jackson, SC 29207-6070
- **BRANCH:** ANC
- **d. This is a referred report:** No
- **e. SIGNATURE OF RATED OFFICER:** [signature] — **DATE:** 9 Dec 02

## PART III - DUTY DESCRIPTION

- **a. PRINCIPAL DUTY TITLE:** OPERATIONS OFFICER
- **b. POSITION AOC/BR:** 88C/TC
- **c. SIGNIFICANT DUTIES AND RESPONSIBILITIES:** Assist the DCSOPS with the supervision of a combined staff of reservists and active duty personnel that provide operations and training management supervision and support to over 42 units in the 81st Regional Support Group; assist the DCSOPS with coordinating staff planning and staff actions to maintain RSG units at the highest possible level of operational readiness; monitor the personnel management and career development of section personnel; closely monitor force development activities affecting RSG units; provide force structure advice and assistance to the DCSOPS and the command group.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader: combination of values, attributes, and skills affecting leader actions

### a. ARMY VALUES

| # | Value | Yes | No | # | Value | Yes | No |
|---|---|---|---|---|---|---|---|
| 1 | HONOR: Adherence to the Army's publicly declared code of values | X | | 5 | RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2 | INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6 | SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3 | COURAGE: Manifests physical and moral bravery | X | | 7 | DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4 | LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | | |

### b. LEADER ATTRIBUTES / SKILLS / ACTIONS

**b.1 ATTRIBUTES (Select 1):**
- X MENTAL — YES
- PHYSICAL — YES
- EMOTIONAL — YES

**b.2 SKILLS (Competence) (Select 2):**
- X CONCEPTUAL — YES
- X INTERPERSONAL — YES
- TECHNICAL — YES
- 4. TACTICAL — NO

**b.3 ACTIONS (LEADERSHIP) (Select 3):**

INFLUENCING:
- 1. COMMUNICATING — YES
- X DECISION-MAKING — YES
- X MOTIVATING — YES

OPERATING:
- 4. PLANNING — YES
- 5. EXECUTING — YES
- 6. ASSESSING — YES

IMPROVING:
- 7. DEVELOPING — YES
- X BUILDING — YES
- 9. LEARNING — YES

- **c. APFT:** PASS — **DATE:** SEP 2002 — **HEIGHT:** [redacted] — **WEIGHT:** [redacted] — YES
- **d. JUNIOR OFFICER DEVELOPMENT:** N/A

DA FORM 67-9, OCT 97    REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97    USAPA V2.00

| NAME ZERBST, KARL H. JR. | SSN | PERIOD COVERED 20011210 – 20021209 |
|---|---|---|

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

**a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION**

- [X] OUTSTANDING PERFORMANCE, MUST PROMOTE
- [ ] SATISFACTORY PERFORMANCE, PROMOTE
- [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE
- [ ] OTHER (Explain)

**b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.**

MAJ Karl Zerbst is an outstanding officer with unlimited potential. Since his assignment to the 81st Regional Support Group, Operations Section he has held ever increasing positions of responsibility. MAJ Zerbst was instrumental in planning and hosting the first ever dual change of command for two major commands. As chief of training he oversaw G3 operations during the absence of full-time personnel and ensured readiness and mobilization was kept at the levels within the command. As a testament to his professionalism and initiatives he was tasked to develop and improve mobilization preparedness during the command inspections program. MAJ Zerbst maintains a flawless military appearance and sets standards for others to follow. He should be promoted immediately and selected for O5 command.

**c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.**

MAJ Zerbst possesses superb interpersonal skills and the ability to resolve conflicts. His abilities should be used in future military assignments.

## PART VI - INTERMEDIATE RATER

## PART VII - SENIOR RATER

**a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE**

- [X] BEST QUALIFIED
- [ ] FULLY QUALIFIED
- [ ] DO NOT PROMOTE
- [ ] OTHER (Explain below)

I currently senior rate ___10___ officer(s) in this grade

A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review: [X] YES [ ] NO (Explain in c)

**b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)**

- [ ] ABOVE CENTER OF MASS (Less than 50% in top box; Center of Mass if 50% or more in top box)
- [X] CENTER OF MASS
- [ ] BELOW CENTER OF MASS RETAIN
- [ ] BELOW CENTER OF MASS DO NOT RETAIN

**c. COMMENT ON PERFORMANCE/POTENTIAL**

MAJ Zerbst is a professional officer of the highest caliber. He has the potential for command and should be promoted and selected for Battalion Command. Retain in the USAR.

**d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC. ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.**

Unlimited potential, select for senior schooling, brigade operations or any other position leading to command

DA FORM 67-9, OCT 97 (Reverse)   USAPA V2.00