Exhibit G

# PLACEHOLDER

# (EXHIBIT FILED UNDER SEAL)