Exhibit H

PLACEHOLDER

(EXHIBIT FILED UNDER SEAL)