# EXHIBIT I

Compilation of References from
Satisfied Homeowners regarding work received

**From:** crystalwright0727 <crystalwright0727@gmail.com>
**Sent:** Monday, May 11, 2020 1:45 PM
**To:** Chuck Contractor <spat32@hotmail.com>
**Subject:**


To Whom This May Concern on behalf of Mr. Mincey. I will welcome him for work of any kind. He and his team are committed for a job well done. Mr. Mincey and his team respect their work and surroundings, they clean the area before leaving for the day, no standing around at anytime and the job is done right. I highly recommend Mr. Mincey and his team for repairs to everyone I know!

Sent from my T-Mobile 4G LTE Device

**From:** Terry Dais-Pasley <terry.pasley11@gmail.com>
**Sent:** Tuesday, May 5, 2020 1:40 PM
**To:** spat32@hotmail.com <spat32@hotmail.com>
**Subject:** AC Unit & Handrail

Great Afternoon Chuck,

How are you? I pray that all is well with you and your family during these trying times.

I would like to take the opportunity to express my sincere gratitude and appreciation for your support. It was so amazing to meet you at a time when I really needed help. I had been suffering with a knee problem for many years and finally decided to do something about it. My children and I were concerned about how things would work out after the surgery with me having to go up and down the staircase. I purchased my home back in the 70's and we never added a handrail, now I needed one. To add my issues, my Air Conditioner was working problem and it wasn't cooling my entire house. With the extreme humidity during the Summer months in Charleston I was definitely in trouble.

One of my best friends told me about your program in which her and her husband went through. It was a pleasure meeting you and your wife. During our initial meeting, I could tell that you both had a heart for people. You took your time to explain everything to me along with my daughters. The Air Conditioning Unit was a blessing to me and my family and is still in perfect condition. I finally had the knee surgery and it was certainly helpful to have a handrail go hold on to while going up and down the stairs.

I am Thankful for the Program, and I'm glad that you were the person to help guide me through the process. My Prayer is that you will continue to help persons in need through awareness of this program along with the services that you offer.

May you and your family remain happy and healthy today and in the days to come!

Blessings,

Anna Lee Dais
18 Hester Street
Charleston, South Carolina
843-814-7309
--
Terry Dais-Pasley

**From:** jaye7003 <jaye7003@gmail.com>
**Sent:** Thursday, April 30, 2020 10:16 AM
**To:** spat32@hotmail.com <spat32@hotmail.com>
**Subject:** Veterans program


I'm so disappointed that we no longer have the program.Like myself and so many others greatly appreciate the help we were given in our time of need Mr Mincy was so helpful . He made sure the contractors did exactly what they were supposed to and in a timely manner .I received a new HVAC when I needed it most .
Thank you.
JohnnyBuncumb
Sent via the Samsung Galaxy Note8, an AT&T 5G Evolution capable smartphone

**From:** Bobbie Spooner <250shiningstar@gmail.com>
**Sent:** Monday, April 27, 2020 11:54 AM
**To:** spat32@hotmail.com <spat32@hotmail.com>
**Subject:** VA program Charles mincey

This is concerning the program the VA had/ has to offer about helping spouses, veterans and military with repairs too their house.

In late 2016 I saw and article about this program and called the number to see what it was about and if I qualified. Turns out I was being a spouse (widow) of a veteran.

I met with Karl, filled out all the paper work, met with Charles the contractor who was going to do the roof. The crew arrived, completed all the work and cleaned up as promised.. Excellent job done by Charles and his crew.

It is great to have a program like this to help out the military, spouses and widow who needs work done on their house that otherwise would not be able to afford the cost.

Without this program I would not have been able to get a new roof on my house or fix the plumbing problem. The downside to this program, that I have found is not having enough funds to help more people that are in need. Word needs to get out more about this, and more funding to be available so Karl and Charles can server more families .Veterans and families seem to put on the

back burner sometimes, we need to lift them up for all that they have done.  Charles was always available to answer any questions I had during and after the job. Great program, thanks for hard work and being there when need.

I have recommended this program to several of my friends and will continue to as I believe in it.

Thank you for all your hard work.

Roberta Kinard Spooner

**From:** George Spolski <g.spolski@knology.net>
**Sent:** Wednesday, April 29, 2020 9:19 AM
**To:** spat32@hotmail.com <spat32@hotmail.com>
**Subject:** VA support

To:  Chuck Mincey

I want to thank you for your support in getting my new roof for my home thru the VA program.

Regards,

George Spolski

**From:** Abraham Hutchinson <ahutchinson888@gmail.com>
**Sent:** Wednesday, April 29, 2020 2:31 PM
**To:** spat32@hotmail.com <spat32@hotmail.com>
**Subject:** Thank You/ services well done

To Whom This May Concern:

In 2014 Mr. Chuck and his staff came into my residence and did a superb job. They installed a brand new AC unit and made sure it functioned properly. They also installed northern white insulation throughout my home. Mr. Chuck took his time and ensured my home with the most energy efficiency possible. They replaced my rear door, added attic steps, and installed a ceiling light in the sun room. I was provided with high quality service and it was greatly appreciated.

Kindest Regards,

Sharon Hutchinson
3819 Gardenhill Road
Awendaw, SC 29429



+1 843-860-...

Yesterday

Good afternoon Chuck, this is my Mother's review for the work you had done in 2016, via the V.A. Assistance Program.

I was very pleased to have been chosen/qualified for the Veterans Assistance Program. If it had not been for this; I would not have been able to obtain a new roof on my home. All of the workers were skilled, efficient, kind & respectful with my property. I am very grateful. Thanks a lot!
Karrie Holloway
Mt. Pleasant, SC

Apr 25 2:03 PM

Enter message    Send

From: Angieline Foggy <annfoggy@icloud.com>
Sent: Friday, May 1, 2020 4:23 AM
To: spat32@hotmail.com
Subject: HVAC

This is Angeline Foggy, I greatly appreciate what the company has done for me and my family. They did a great job. I'm enjoying the comfort of having AC and Heating. Me and my family thank you. God bless.
Sent from my iPhone

**From:** Robert Bohler <rfbohler@gmail.com>
**Sent:** Wednesday, April 29, 2020 1:57 PM
**To:** spat32@hotmail.com <spat32@hotmail.com>
**Subject:** HVAC & Water heater installation

Chuck.

Thanks for the installation of my HVAC system and hot water heater. Both systems have worked  beautifully over the last three years. Your employers did an excellent job with both the installation and cleanup. Also, they were on time as scheduled.

I would recommend you and your  crew to anyone.

Thanks  for the excellent service

Bobby  Bohler

**From:** Tusha Lafayette <tushalafayette11@gmail.com>
**Sent:** Thursday, April 30, 2020 10:38 AM
**To:** spat32@hotmail.com <spat32@hotmail.com>
**Subject:**

Thank you for introducing and assisting my mother through the program that provided the HVAC system. Her previous unit was outdated and insufficient for her home. Now she is very comfortable! Your wealth of knowledge is paramount.

Thanks,
Tusha



In 2017 my husband and I needed a new roof . We would highly recommend Chuck MIncey . He did a wonderful job. He was on time, did it properly , quickly and thoroughly cleaned up after themselves . We have had no problems . So when looking for a good professional crew we would recommend him . We live in Mount Pleasant . Mr and Mrs AG Free.

9:56 AM

**From:** Marcella Richardson <marcellarichardson0814@gmail.com>
**Sent:** Thursday, April 30, 2020 11:23 AM
**To:** spat32@hotmail.com <spat32@hotmail.com>
**Subject:**

Mr. Chuck Minsky and his crew put a roof on my mother's house in Huger, in 2015. The work that was done was beautifully done. The worker were hard working and respectful. They cleaned up and after they were done the area was spotless. We would give their work the highest mark possible, thank you to the crew.

**From:** clarence smith <csjr22@yahoo.com>
**Sent:** Friday, May 8, 2020 8:24 PM
**To:** spat32@hotmail.com <spat32@hotmail.com>
**Subject:** 616 Riverland Dr

Hello Mr. Mincey,

The work that was performed at 616 Riverland Dr. for Cyrus Pinckney was very good. All of the upgrades were definitely needed and brought the house to adequate building code level. Thanks for the program and your help.


Hope Smith


Sent from Yahoo Mail for iPad



May 1st, 2020

Mr. Chuck Mincey
Veterans Home Assistance Program
9421 1Seacliff Blvd.
Ocean Springs, MS 39564

## SUBJ: VETERANS HOME ASSISTANCE PROGRAM

Several years ago I was in need of a new roof on our home when I ran into a gentleman who told me about your program. I had previously contacted several contractors for estimates which all averaged around the $12,000.00 mark.

Before making a final decision he strongly recommended that I at least look into the program and that he would email the contact info to me. Of course I was very skeptical at first since I had never heard of the program before.

After receiving the info I decided to make the contact for additional info and details. The contact person I called agreed to meet with my wife and I to explain the details and qualifications for applying. He called us after the review of our documents and much to my surprise informed us that we qualified.

Shortly thereafter he had a contractor over to review our project and provide a detail of the materials and total cost for the contractor to complete installation of our new roof.

As I recall, the only expense we had was for a credit report and possibly the closing attorney fee with the balance funded by the program.

It may be hard for some to not feel skeptical as I initially did but the program saved us several thousand dollars out of pocket. I would highly recommend your program to any veteran without hesitation.

Thank you for your service and assistance.

Best Regards,

Melvin S .Benton, U.S. Navy Retired
104 Downing Court
Goose Creek, SC 29445-5209
email:  mbenton62@gmail.com

From: Lucretia Lamb <suberlamb@bellsouth.net>
Sent: Friday, April 24, 2020 12:31 PM
To: spat32@hotmail.com
Subject: Work done on my house in 2015

Charles(Chuck)Mincey
Did electrical work, including a larger breaker box and wiring to accommodate a central heating
and air conditioning system,which he installed. Put in insulation.
Very pleased with him and his workers. Would recommend him to anyone
Lucretia  Suber Lamb

Sent from my iPhone

**From:** Williams, Darlene <Darlene.Williams6@va.gov>
**Sent:** Saturday, April 25, 2020 12:25 PM
**To:** SPAT32@HOTMAIL.COM <SPAT32@HOTMAIL.COM>
**Subject:** Work

I am writing to inform you that the work Mr. Mincey and men did was wonderful.  I would refer them to a friend. Keep up the good work.

*Darlene E. Williams*
*4470 Kindlewood Drive*
*Ladson, SC 29456*
*(843)789-6298 office*
*(843)442-1618 cell*

**From:** HERMENIA CHAVIS <chavish@bellsouth.net>
**Sent:** Friday, April 24, 2020 11:32 AM
**To:** C M <spat32@hotmail.com>
**Subject:** RE: Veteran Program work performed

My name is Hermenia Walker the daughter of Mrs. Mamie R. Chavis. The Veteran Program work performed at my mothers house was A BLESSING. The air condition and heating unit was very much needed. Everything is working well and she is enjoying it. Thank to the Veteran Program and you. Mrs. Mamie R. Chavis/Hermenia Walker
Sent from Mail for Windows 10



To whom it may concern: Chuck Minsey was the General Contractor as part of the Veteran's program on Federal Home Loan Banks that provided necessary home renovation and repairs to qualified veteran applicants in 2017. Chuck supervised both internal and external repairs and the installation of new equipment for my home. He was especially helpful on estimating, specifying and supervising installation of a high efficiency heat pump system (Rheem)for all our heating and air conditioning needs. Three years later, it is working flawlessly. I would not hesitate to recommend Chuck for any and all construction,repairs, equipment specifications and installations for the home. Edward MacMillan 843-991-9747.



My name is Marlon Williams I live at 4421 outwood Dr Ladson South Carolina Chuck was in charge of having my roof fix my ceiling fix putting a door on my house and putting in a new heating and air unit they did it efficiently fast

clean neat and very thoughtful I recommended him Tio 12 other people he did their houses to he

cleaned it put on new roof some Sheetrock repair siding on the

rotten and replace rotten wood put vinyl siding new doors new windows and she is real

appreciative she had five kids Chuck is a good

man is a very professional when it comes to taking care of business I got to say I'm glad I got to know him thank you very much

12:25 PM

Enter message



**From:** Melony Ramsey <melony_ramsey@yahoo.com>
**Sent:** Friday, April 24, 2020 11:38 AM
**To:** spat32@hotmail.com <spat32@hotmail.com>
**Subject:** Installation of kitchen cabinets and heat/air furnace

To whom it may concern:

We are satisfied with the installation of the kitchen cabinets although the heat/air furnace is not working at this time. I have had to have serviced several times since it has been installed.

Mr. Willie G. Roberts

Sent from Yahoo Mail on Android

**From:** Danielle DeVeaux <dannikids2014@gmail.com>
**Sent:** Monday, April 27, 2020 1:32 PM
**To:** spat32@hotmail.com <spat32@hotmail.com>
**Subject:** Grateful for my roof

I'm so grateful for my roof! Since getting  my roof repaired I feel so safe when hurricane season come. My family and me thank God for your help.

Thank you and stay bless
Wanda Sherman

**From:** Joyce Deas-gordon <margord123@msn.com>
**Sent:** Saturday, April 25, 2020 6:38 PM
**To:** C M <spat32@hotmail.com>
**Subject:** RE: Contractor Reference

*To whom it may concern:*
*In the year of 2016, Mr. Chuck Mincey and Mr. Karl Zerbst*
*Found out that l, Joyce m. Gordon , the serving  spouse  of Charles Gordon, my deceased husband, who is a US Veteran. Who served in the military,  I needed a Air condition in my home.*
*They came out and inspect the house.  And saw it was needed.  The had one put in , and within a week it been working fine  , they did a good job , they saw that it was set up right l appreciate, l am happy with what they did, for once I've been warm in the winter, and cool in the summer.*
*Again  thank you  Mr. Mincey, and Mr. Zerbst, they worked faithfully,  and made sure it was done right.*


*Thanks Again*
*Joyce M. Gordon*
Sent from Mail for Windows 10

**From:** Peggy Lockerman <peggylock.103@gmail.com>
**Sent:** Friday, April 24, 2020 4:51 PM
**To:** spat32@hotmail.com <spat32@hotmail.com>
**Subject:** chuck mincey was sent to me through the program for veterens and there sposes

to help with home repairs.  He was so very respectful and understanding and the work was top notch.I
well keep him at the top of my list for future work.                              peggy lockerman

**From:** Brenda Green <brenda1019.bg@gmail.com>
**Sent:** Monday, April 27, 2020 9:59 PM
**To:** spat32@hotmail.com <spat32@hotmail.com>
**Subject:**

I have truly enjoyed the service and work u have provided for me. I know that right now I need more insulation in my home. This is per my electrical company. Again, thank u for providing excellent service.  Please call me.

**From:** Annie Faulk <amfaulk@sc.rr.com>
**Sent:** Wednesday, April 29, 2020 11:55 AM
**To:** spat32@hotmail.com <spat32@hotmail.com>
**Subject:**

Thank you  very much  for the work that you did to my house. I am well pleased. With the job that was well done. The roof , the  window that you replaced is still holding up real well,and the insulation that was put in my attic is helping so much  with heating and cooling.  Thanks!

    Annie Faulk



my name is althorne conyers i am veary grateful for the program that put the ac unit in my house at 3309 goldenrod st in 2017 thank you



**From:** Phillip Wilkerson <p.wilkerson4417@gmail.com>
**Sent:** Friday, May 1, 2020 4:13 PM
**To:** spat32@hotmail.com <spat32@hotmail.com>
**Subject:** Thank you.

I just want to say thank you to you and your crew with the Veterans program for the work you have done for me and my wife.

-Phillip Wilkerson



From: Robert Hutto <rahoyster@icloud.com>
Sent: Tuesday, May 5, 2020 12:25 PM
To: spat32@hotmail.com
Subject: Veterans home improvement program

 Courteous and respectful  . The job on my roof and the replacement of the air-conditioning .
They were clean and took care of everything. A few problems happened along the way but this
is just how things go .  They are tending to it and I am happy with the program and the people
running it.
    Robert Hutto
     USAF Veteran
      Mount Pleasant South Carolina


Sent from my iPhone

May 05, 2020

Dear Mr. Chuck Mincey

I had to write and express my appreciation and satisfaction with the repair/replacement of my roof. The end result looks fantastic. Your crew was on time very polite and efficient. They were coordinated.

I am extremely happy with your work and every aspect of dealing with Mr. Chuck Mincey. I will certainly use your company anytime I have roofing needs.

Thank you for your professional, friendly, quality work.

Sincerely, Wanda Sherman



Today

I thank you or [the.program](the.program) for replacing my roof and windows I really needed the repairs.  Patricia



May 19, 2020

To Whom It May Concern,

Chuck Mincey was the general contractor for a very successful and much needed home improvement project done on my home in 2015. This project was funded by a V.A. Grant, and very much appreciated.

Yours truly,

Michael Mirabella



The job was well done I appreciate it thanks again miss sandra

10:52 AM

