IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No: 2:21-CR-600-MBS |
| | ) | |
| vs. | ) | |
| | ) | |
| KARL H. ZERBST, JR. | ) | |

**DEFENDANT'S SUPPLEMENT
TO MOTION FOR DOWNWARD DEPARTURE AND/OR VARIANCE**

Defendant Karl Zerbst respectfully supplements his Motion for Downward Departure and/or Motion for Variance from the Sentencing Guidelines. ECF # 30. Defendant respectfully submits two recently received additional documents for the Court's consideration. **Exhibit 1** is an additional character reference in support of Defendant by Hermenia Walker whose mother, Mamie Chavis, benefitted from Karl Zerbst's efforts on her behalf. **Exhibit 2** is a recent news article listing 12 defendants prosecuted by the U.S. Attorney's Office (D.S.C.) for a financial fraud conspiracy who, last month, were all sentenced to five years of probation, most with home confinement, and whose restitution amounts averaged $283,170 and ranged from $74,868 to $976,076.

Respectfully submitted,

s/ *Joseph P. Griffith, Jr.*

_____
Joseph P. Griffith, Jr., Esquire (#2473)
Joe Griffith Law Firm, LLC
946 Johnnie Dodds Boulevard
Mt. Pleasant, South Carolina 29464
(843) 225-5563 (Telephone)
(843) 722-6686 (Facsimile)
joegriffithjr@hotmail.com

Charleston, S.C.
June 13, 2022                                    Attorney for the Defendant