June 8, 2022

The Honorable Margaret B. Seymour
Senior United States District Judge
85 Broad Street
Charleston, SC 29401

Dear Judge Seymour:

My name is Mrs. Hermenia Walker, and I am representing my mother, Mamie R. Chavis. I am writing this letter to you in support of Mr. Karl Zerbst.

Mr. Zerbst was very instrumental in assisting my mother, a WWII widow of Mr. Calvin Chavis, in getting the grant for the Veteran Program. My mother has never had a central (air & heating) system until she was 95 years old due to her yearly income, she depended on two window air-conditioning to cool her five-room home and two gas heaters for heating.

We appreciate Mr. Zerbst, a gentle and caring person as it is very rare that someone like Karl take so much interest and time to assist an elderly. He was so motivated to help her because of her being without central air & heating for so long. It is such a blessing for my mother at 101 years old as her home is now very comfortable during the summer and winter months.

Your honor, Karl told me of his mistake, we want to help him as he helped our mom 6 years ago and ask you to consider the good deeds, he has done not only for our mother but for others as well. The Veteran Program is/was a God send for our mom and I'm sure for other surviving spouses of Vets that were not able to afford purchasing a central air and heating system for their home as well.

Sincerely,

*Mrs. Hermenia Walker*

Mrs. Hermenia Walker
843-367-0799
2171 Chavis Road
Charleston, SC 29412