PROBATION FORM NO. 35          Report and Order Terminating Probation/
(DSC 8/17)          Supervised Release
         Prior to Original Expiration Date

# United States District Court

FOR THE

<u>District of South Carolina</u>

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | |
| Karl Henry Zerbst, Jr. | ) | Crim. No. 2:21CR00600-1 |

On June 14, 2022, the above-named individual was sentenced to a 5-year term of probation. The term of supervision commenced on June 14, 2022. Since that time, he has complied with the rules and regulations of probation and qualifies for early termination according to the Guide to Judiciary Policy, Vol. 8E, §360.20(c). It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Matthew Johnson
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Dated this <u>  7th  </u> day of <u>  February  </u>, 20<u> 24 </u>.

The Honorable Bruce Howe Hendricks
United States District Judge